Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Mr. I. B. Melville* for petitioners.

No. 434. MISSOURI PACIFIC TRANSPORTATION CO. ET AL. *v.* PARKER, ADMINISTRATOR, ET AL. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Wm. McCraw, W. J. Holt,* and *Steve Carrigan* for petitioners. *Mr. W. F. Denman* for respondents.

No. 435. CONTINENTAL CASUALTY CO. *v.* UNITED STATES. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Purnell M. Milner* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States.

No. 439. VAN RIPER *v.* UNITED STATES. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John S. Wise, Jr.* for petitioner. *Solicitor General Biddle* and *Messrs. Hugh A. Fisher, George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 440. ESTATE OF GUND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Claude M. Houchins* and *George R. Hunt* for petitioners. *Solicitor General Bid-*